**No. 11-5852. Faith Hope Hamilton, Petitioner v. United States.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8927.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 7089.